# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TWIN BROTHERS INC.**                                                                **PLAINTIFF**

**v.**                       **CASE NO. 4:20-CV-00018-BSM**

**WINDSOR CAPITAL LP,** *et al.*                                        **DEFENDANTS**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 21], this case is dismissed with prejudice and each party shall bear its own costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED, this 8th day of February, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE