IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TWIN BROTHERS INC.**                                                              **PLAINTIFF**

v.                              **CASE NO. 4:20-CV-00018-BSM**

**WINDSOR CAPITAL LP,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED, this 8th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE